**Order entered September 4, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00394-CV

**B & S WELDING, LLC, WORK RELATED INJURY PLAN, Appellant**

**V.**

**JUAN PEDRO OLIVA-BARRON, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12619**

## ORDER

We **GRANT** appellant's August 28, 2013 unopposed motion for an extension of time to

file a brief. Appellant shall file its brief on or before September 20, 2013.

/s/     DAVID LEWIS
        JUSTICE